### W. J. BLAKELY V. THE STATE.

No. 10211.　Delivered May 5, 1926.

**Swindling—Appeal Dismissed.**

Appellant has filed his affidavit requesting that this appeal be dismissed, and the request is granted, and the dismissal ordered.

Appeal from the District Court of Falls County. Tried below before the Hon. Prentice Oltorf, Judge.

Appeal from a conviction for swindling, penalty two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for swindling, the punishment being two years in the penitentiary.

Appellant has filed his affidavit advising this court that he no longer desires to prosecute his appeal and requesting that it be dismissed.

The appeal is dismissed.

*Dismissed.*